No. 03–9976. CARTER v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 03–9981. RIGGS v. WILLIAMS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–9995. DEVINE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–9999. NOBLES v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–10009. BINH LY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03–10025. BROWN v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 03–10046. CARTER v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS. C. A. 4th Cir. Certiorari denied.

No. 03–10063. TOWNSEND v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10070. GARCIA, AKA GARCIA-OLVERA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10085. RUSSELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10086. SHAW v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10107. KASTNEROVA v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10109. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10111. MILAN-GARDUNO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10117. HINTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.